[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-14601
Non-Argument Calendar

_____

D.C. Docket No. 6:11-cr-00015-GKS-KRS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO JESUS FLORES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 17, 2012)

Before HULL, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Pedro Jesus Flores in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Flores's conviction and sentence are **AFFIRMED**.